# Exhibit A

**VIRGINIA:**

FILED

2022 JUN 14 PM 3: 55

CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA

TESTE:

D.C.

## IN THE CIRCUIT COURT FOR LOUDOUN COUNTY

| | |
|---|---|
| **PATRICK PETERSEN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DC MECHANICAL, LLC,** | ) |
| **DC MECHANICAL & MAINTENANCE, LLC** | ) |
| **JOEL BLOCKOWICZ** | ) |
| **GREG TUCKER** | ) |
| | ) |
| **Defendants.** | ) |

**CIVIL ACTION NO. _____**

*CL 22 -3244*

## COMPLAINT

The Plaintiff, Patrick Petersen petitions this Court to declare that the activities in which the Defendants, DC Mechanical, LLC, DC Mechanical & Maintenance, LLC, Joel Blockowicz and Greg Tucker ("Defendants") has engaged in constitute violates of the Virginia Codes §18.2-178, §18.2-186.3, §18.2-417, §32.1-314, §40.1-27-3, §40.1-29.2, §40.1-33.1, §40.1-28.7:4, §54.1-1106 from below. The Plaintiff prays that this Court grant the relief requested in this Complaint and states the following in support thereof:

## JURISTICTION AND VENUE

1. The Circuit Court of Loudoun County has authority to entertain this action and to grant relief requested herein pursuant to Virginia Code §8.01-620, and §17.1-513.

1

2. Venue is preferred in this Court pursuant to Virginia Code §8.01-620 because some or all of the acts to be enjoined are, or were, being done in Loudoun County. Venue is permissible in this Court pursuant to Virginia Code §§8.01-262(3) and (4) because the Defendants regularly conduct substantial business activity in the Loudoun County and portions of the cause of action arose in Loudoun County.

3. The Plaintiff herein requests that the Court grant a jury for trial in this matter.

## PARTIES

4. The Plaintiff is Patrick Petersen, residing at 799 Ripplebrook Drive Culpeper, VA.

5. The Defendants,

   a. DC Mechanical, LLC, is a Virginia partnership having its principal office at 21641 Beaumeade Circle, Suite 315, Ashburn, VA 20147. DC Mechanical's Certificate of Authority to transact business in the Commonwealth was issued by the Virginia State Corporation Commission on July 31, 2012, under Entity No. T0506420.

   b. DC Mechanical & Maintenance, LLC, is a Virginia partnership having its principal office at 21641 Beaumeade Circle, Suite 315, Ashburn, VA 20147. DC Mechanical's Certificate of Authority to transact business in the Commonwealth was issued by the Virginia State Corporation Commission on January 19, 2021, under Entity No. 11163757.

   c. Joel Blockowicz is a principal and the Managing Member/Partner of both DC Mechanical, LLC and DC Mechanical & Maintenance, LLC, residing at 12821 Huntsman Way Potomac, MD 20854.

2

   d.  Greg Tucker is a principal and Member/Partner of both DC Mechanical, LLC and DC Mechanical & Maintenance, LLC, residing at 11215 Valley View Avenue Kensington, MD 20895.

## FACTS

6.  The Defendants have been operating since January 2021 as a Virginia Class A Contractor, in the Commonwealth of Virginia, State of Maryland and District of Columbia.

7.  The Defendants have operated DC Mechanical, LLC after the purchase through DC Mechanical & Maintenance, LLC without updating proper credit accounts, while spending tens of thousands on another signatory's account.

8.  The Defendants knowingly and willfully operated a business in the Commonwealth of Virginia without the means or willingness to file as a Class A Contractor.

9.  The Defendants submitted Certified Pay Applications to Building Owner's and General Contractors with certain vendors and subcontractors to be paid as set forth in those applications and notarized by Joel Blockowicz as the Managing Member.

10. The Defendants utilized credit accounts in a business name and signatory name that was not their own, directing employees to use vendor credit accounts with direct knowledge of this infraction without resolution.

11. The Defendants willfully and knowingly contacted the Plaintiff's business contacts, vendors and subcontractors via phone calls and emails with Slanderous and Libel intent.

3

12. The Defendants willfully and knowingly contacted General Contractor's, Subcontractors and Vendors via phone calls and emails with the sole intent of keeping the Plaintiff from working in the Construction Industry.

13. The Defendants continuously entered into contracts with Payment Terms without the intent of paying or keeping said terms in various contracts.

14. The Defendants had employees working over 80-hour weeks for months without resolution, payment or rectifying the causes.

15. The Defendants fraudulently represented the payroll source had a faulty portal, prompting the Plaintiff to misrepresent to the employees the reason for unpaid paychecks.

16. The Defendant retaliated against the Plaintiff for bringing forward the unlawful, and unethical practices that are cited within this complaint by termination of employment to the Plaintiff.

17. The Defendants discriminatory practices of isolating the Plaintiff to the only employee knowledgeable of the unlawful practices, before the Plaintiff brought attention in numerous meetings held with Joel Blockowicz, Greg Tucker, Rebecca Martin, and additional management staff.

18. The Defendants without prompt or authority, sent out personal identifying information about the Plaintiff's finances, email address, birthday, and phone number.

19. The Defendants continuously were asked to put their names on the Class A license application with the Plaintiff but were reluctant to put their names on anything with DPOR.

4

**CAUSES OF ACTION**

**COUNT I - OBTAINING MONEY OR SIGNATURE, ETC. BY FALSE PRETENSE**

20. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants obtained credit with industry vendors, spending tens of thousands, through false pretense and without the intent to rectify the matter. Prompting the Plaintiff to be a third-party accomplice without knowledge of the unlawful act.

**COUNT II - IDENTITY THEFT**

21. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants utilized an unknowing individual's personal information and signatory to obtain and have credit extended with industry vendors, spending tens of thousands, through false pretense and without the intent to rectify the matter. Prompting the Plaintiff to be a third-party accomplice without knowledge of the unlawful act.

**COUNT III - SLANDER**

22. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants utilized emails and phones calls to slander and libel the Plaintiff's good name in the construction industry. The Plaintiff will show where unnecessary, defaming, and derogatory emails were sent to General Contractors, Onwers and Employees with slanderous and untrue information by the Defendants. The Plaintiff will show where unnecessary, defaming, and derogatory phone calls were made to General Contractors, Onwers and Employees with slanderous and untrue information by the Defendants. The Plaintiff

5

will show where the Defendants contacted potential employees, past employees, and industry colleagues of the Plaintiff to defame and slander his good industry name, while all the while attempting to profit and gain on these slanderous actions.

## COUNT IV - FALSE STATEMENT OR REPRESENTATION IN APPLICATIONS FOR PAYMENT OR FOR USE IN DETERMINING RIGHTS TO PAYMENT; CONCEALMENT OF FACTS

23. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants continued to falsify payment applications to Building Owners, General Contractors and Government Agencies on payments made to vendors and subcontractors while all the while certifying and notarizing said pay applications with the Managing Members, Joel Blockowicz signature, and the Member's, Greg Tucker, assistant willingly notarizing said forms. The Plaintiff will show where the Defendants up until May 25, 2022, had still outstanding debts that had be shown to be paid on certified, notarized pay applications to vendors and subcontractors, with a portion being handed "bad checks" without resolve, bad information without back up, and some as old as 120 (one hundred twenty) days. The Plaintiff will show proof through documents, testimony, and subpoenas that the Defendants had the Plaintiff use his industry name to keep accounts open and in good standing while all the while not paying the appropriate vendors and subcontractors listed, cited, signed and notarized within the Pay Applications.

## COUNT V - PREVENTING EMPLOYMENT BY OTHERS OF FORMER EMPLOYEE

24. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants were actively in a campaign to keep the Plaintiff

from working in the Construction Industry furthermore. The Plaintiff will show the Court proof that the Managing Member, Joel Blockowicz, and the HR/Accounting Manager, Rebecca Martin actively contacted businesses and executives slandering and defaming the Plaintiff's name in an effort to hide the unlawful acts, profit and gain from his demise by bringing on his clients and contacts and to finally keep the Plaintiff from working in the Construction Industry as he has for the past 20 (twenty) years.

## COUNT VI - INVESTIGATIONS OF EMPLOYERS FOR NONPAYMENT OF WAGES

25. The Plaintiff will show the Court proof through documents, testimony and subpoenas that the Defendants owe the unpaid wages, and bonuses as set forth within the Plaintiff's Offer Letter, signed and acknowledged by the Managing Member, Joel Blockowicz. The Plaintiff pleads that the Court investigate the Defendants Payroll discrepancies and unlawful practices under the Virgina Code and Federal Labor Laws.

## COUNT VII - VIRGINIA OVERTIME WAGE ACT

26. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants failed to pay the Plaintiff overtime wages as set forth in the Virginia Code §40.1-29.2(B.2). The Plaintiff will show and the Court Proof of 75-80 work weeks for all 14 months of employment through cell records, text message records, company emails, testimony, and subpoenas, tallying up to approximately 2,170 (two thousand and seventy) hours of overtime worked.

7

## COUNT VIII - RETALIATORY ACTIONS PROHIBITED

27. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants retaliated against the Plaintiff through email, phone call and slanderous actions, as well as defaming the good industry name of the Plaintiff throughout the Construction Industry.

## COUNT VIIII - RELEASE OF EMPLOYEE'S PERSONAL IDENTIFYING INFO

28. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants released personal identifying information to a mortgage company without prompt, subpoena or directly from the Plaintiff of the request of the mortgage company. Thus, action ultimately resulted in a home loan with Prosperity Mortgage that had already been approved by Underwriting and Scheduled to close on June 9, 2022, to be terminated and withdrawn. The Plaintiff will show where this not only impacted the personal information of the Plaintiff but additionally caused the Plaintiff's family, and children to have issues sleeping and required therapy to deal with the issue for the children after this deal was solidified and rectified by the Buyer, Seller, and Mortgage company. Thus, causing the Plaintiff and the Plaintiff's family finance, and emotional damages.

## COUNT X - LICENSING OF CERTAIN CONTRACTORS BY LOCALITIES

29. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants operated for over a one-year period without the proper licensing to operate a Class A Contracting business within the Commonwealth of Virginia, State of Maryland, and District of Columbia, resulting in millions of dollars in contracts without taxation, and unlawfully completed work

8

in the plumbing and mechanical trades. The Plaintiff will show the Court proof through documents, testimony, and subpoenas that the Defendants were told on numerous occasions how to rectify this issue and how to refile the Class A status for the business, offering to have the Plaintiff test and be listed with the state as the "Designated Employee". The Plaintiff took the state test and was prepared to do as such, but the Defendants were reluctant to put their names onto anything binding, as will be shown again and again throughout these proceedings. Thus, actions by the Defendants will be shown to have caused irreparable damages to the Plaintiff's good industry name and credibility.

## DAMAGES

## COUNT I - OBTAINING MONEY OR SIGNATURE, ETC. BY FALSE PRETENSE

30. The Plaintiff will be seeking a judgement in the amount of $10,000.00 for financial, professional, and emotional damages caused by Count I.

## COUNT II - IDENTITY THEFT

31. The Plaintiff will be seeking a judgement in the amount of $10,000.00 for financial, professional, and emotional damages caused by Count II.

## COUNT III - SLANDER AND LIBEL

32. The Plaintiff will be seeking a judgement in the amount of $100,000.00 for financial, professional, and emotional damages caused by Count III.

9

## COUNT IV - FALSE STATEMENT OR REPRESENTATION IN APPLICATIONS FOR PAYMENT OR FOR USE IN DETERMINING RIGHTS TO PAYMENT; CONCEALMENT OF FACTS

33. The Plaintiff will be seeking a judgement in the amount of $100,000.00 for financial, professional, and emotional damages caused by Count IV.

## COUNT V - PREVENTING EMPLOYMENT BY OTHERS OF FORMER EMPLOYEE

34. The Plaintiff will be seeking a judgement in the amount of $750,000.00 for financial, professional, and emotional damages caused by Count V.

## COUNT VI - INVESTIGATIONS OF EMPLOYERS FOR NONPAYMENT OF WAGES

35. The Plaintiff will be seeking a judgement in the amount of $33,145.80 for financial, professional, and emotional damages caused by Count VI.

## COUNT VII - VIRGINIA OVERTIME WAGE ACT

36. The Plaintiff will be seeking a judgement in the amount of $272,361.00 for financial, professional, and emotional damages caused by Count VII.

## COUNT VIII - RETALIATORY ACTIONS PROHIBITED

37. The Plaintiff will be seeking a judgement in the amount of $10,000.00 for financial, professional, and emotional damages caused by Count VIII.

## COUNT VIIII - RELEASE OF EMPLOYEE'S PERSONAL IDENTIFYING INFO

38. The Plaintiff will be seeking a judgement in the amount of $660,000.00 for financial, professional, and emotional damages caused by Count VIIII.

## COUNT X - LICENSING OF CERTAIN CONTRACTORS BY LOCALITIES

39. The Plaintiff will be seeking a judgement in the amount of $100,000.00 for financial, professional, and emotional damages caused by Count X.

The Plaintiff is seeking a sum of damages in the set forth Causes of Actions in the amount of $2,045,506.80 (Two Million Forty-Five Thousand Five Hundred Six Dollars and Eighty Cents). The Plaintiff is seeking the above set damages as well as any and all legal costs accrued through the proceedings and related to these Ten Counts.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, Patrick Petersen, prays that this Court enter a judgement ceasing the Defendants to continue to operate against the Virginia Codes set forth within this complaint, a judgement against the Defendants for the damages and wrongdoings set forth within this complaint against the Plaintiff.

PLAINTIFF,

PATRICK PETERSEN

By:

Patrick Petersen

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2022, a true copy of the foregoing Complaint was mailed via USPS Certified Mail to Defendants, DC Mechanical, LLC at 21641 Beaumeade Circle, Suite 315, Ashburn, VA 20147; DC Mechanical & Maintenance, LLC at 21641 Beaumeade Circle, Suite 315, Ashburn, VA 20147; Joel Blockowicz at 12821 Huntsman Way Potomac, MD 20854; Greg Tucker at 11215 Valley View Avenue Kensington, MD 20895; and James E. Autry, counsel for the Defendants at 4124 Leonard Drive Fairfax, VA 22030.

Patrick Petersen

# REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE    Rule 4:9 A

Civil Case No. **CC-22-3249**

## Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen _____   v.   DC Mechanical, LLC; DC Mechanical & Maintenance, LLC; Joel Blockowicz; Greg Tucker

**CUSTODIAN: (may attach list)**

Joel Blockowicz
NAME

12821 Huntsman Way
STREET ADDRESS

| Potomac | MD | 20854 |
|---|---|---|
| CITY | STATE | ZIP CODE |

**REQUESTING PARTY:**

Patrick Petersen
NAME

799 Ripplebrook Drive
ADDRESS

Culpeper, VA 22701

571-364-2151
PHONE NUMBER

**TO BE SERVED BY:** _____
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED (list below or provide attachment):**

## Cell Phone and Text Records for 301-518-3275 from March 2021 - 2022 Current

Documents are to be delivered ☐ on ☑ by:

☑ August 5, 2022 _____ at __12PM__ AM/PM to the Clerk's Office of this court at the above address.

☐ _____ at _____ AM/PM to:

☑ Tangible things are to be:

[ ] Made available to the REQUESTING PARTY at _____ for _____ to permit such party or someone acting in his behalf to inspect and copy, test or sample such tangible things in your possession, custody or control.

☑ Delivered to this court at the above address on __August 5, 2022__ at __12PM__ AM/PM.

**OTHER TERMS:** _____

☑ You are further requested to appear in person with the items requested.

********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS.  THANK YOU.********

**REQUESTED BY: X** _____   **DATE:** June 14, 2022

NOTICE: Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending. VA Code § 8.01-417

# REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE   Rule 4:9 A

Civil Case No. _CL 22 . 3249_

### Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen _____   v.   DC Mechanical, LLC; DC Mechanical & Maintenance, LLC; Joel Blockowicz; Greg Tucker

**CUSTODIAN: (may attach list)**

Greg Tucker
NAME

11215 Valley View Avenue
STREET ADDRESS

| Kensington | MD | 20895 |
|---|---|---|
| CITY | STATE | ZIP CODE |

**REQUESTING PARTY:**

Patrick Petersen
NAME

799 Ripplebrook Drive
ADDRESS

Culpeper, VA 22701

571-364-2151
PHONE NUMBER

**TO BE SERVED BY:** _____
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED** (list below or provide attachment):

Cell Phone and Text Records for 202-236-3111 from March 2021 - 2022 Current

Documents are to be delivered ☐ on ☑ by:
☑ August 5, 2022 _____ at __12PM__ AM/PM to the Clerk's Office of this court at the above address.
☐ _____ at _____ AM/PM  to:

☑ Tangible things are to be:

☐ Made available to the REQUESTING PARTY at _____ for
_____ to permit such party or someone acting in his behalf to inspect
and copy, test or sample such tangible things in your possession, custody or control.

☑ Delivered to this court at the above address on __August 5, 2022__ at __12PM__ AM/PM.

OTHER TERMS: _____

☑ You are further requested to appear in person with the items requested.

*********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS.  THANK YOU.*********

REQUESTED BY: X_____   DATE: June 19 2022

NOTICE: Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending. VA Code § 8.01-417

**REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE**    Rule 4:9 A

Civil Case No.  _CC 22 - 3249_

### Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen    **v.**    DC Mechanical, LLC; DC Mechanical & Maintenance, LLC; Joel Blockowicz; Greg Tucker

| CUSTODIAN: (may attach list) | REQUESTING PARTY: |
|---|---|
| Rebecca Martin | Patrick Petersen |
| NAME | NAME |
| 21641 Beaumeade Circle | 799 Ripplebrook Drive |
| STREET ADDRESS | ADDRESS |
| Suite 315 | Culpeper, VA 22701 |

| Ashburn | VA | 20147 | 571-364-2151 |
|---|---|---|---|
| CITY | STATE | ZIP CODE | PHONE NUMBER |

**TO BE SERVED BY:** Loudoun County Sheriff's Office
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED (list below or provide attachment):**

Cell Phone and Text Records for 571-241-5957 from June 2021 - 2022 Current

Documents are to be delivered ☐ on ☑ by:
☑ August 5, 2022 ___ at ___ 12PM ___ AM/PM to the Clerk's Office of this court at the above address.
☐ _____ at _____ AM/PM to:
_____
_____
_____

☑ Tangible things are to be:

   [ ] Made available to the REQUESTING PARTY at _____ for
_____ to permit such party or someone acting in his behalf to inspect
and copy, test or sample such tangible things in your possession, custody or control.

   ☑ Delivered to this court at the above address on ___ August 5, 2022 ___ at ___ 12PM ___ AM/PM.

OTHER TERMS: _____

☑ You are further requested to appear in person with the items requested.

********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS.  THANK YOU.********

REQUESTED BY: X_____    DATE: June 14, 2022

NOTICE: Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending. VA Code § 8.01-417

# REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE   Rule 4:9 A

Civil Case No. _CC - 22 - 3249_

## Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen _____   v.   DC Mechanical, LLC; DC Mechanical & Maintenance, LLC; Joel Blockowicz; Greg Tucker

**CUSTODIAN: (may attach list)**

DC Mechanical, LLC; DC Mechanical & Maintenance, LLC
NAME

21641 Beaumeade Circle
STREET ADDRESS

Suite 315

| Ashburn | VA | 20147 |
|---|---|---|
| CITY | STATE | ZIP CODE |

**REQUESTING PARTY:**

Patrick Petersen
NAME

799 Ripplebrook Drive
ADDRESS

Culpeper, VA 22701

571-364-2151
PHONE NUMBER

**TO BE SERVED BY:** Loudoun County Sheriff's Office
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED (list below or provide attachment):**

Outlook File Data for Joel.Blockowicz@dc-mech.com; Patrick.Petersen@dc-mech.com; Rebecca.Martin@dc-mech.com; Kenneth.Johnson@dc-mech.com; Invoices@dc-mech.com

Sage Print Outs: Project Reports 2021-22; AR/AP Monthly Reports; Payroll Reports for all Projects 2021-2022

Financial Reports for Bonding Co.; Tax Filings 2021 & 2022; Dues/Benefits Payments to Local 602 & Local 5 Unions for 2021 & 2022

Documents are to be delivered ☐ on ☑ by:
☑ August 5, 2022 _____ at _12PM_ AM/PM to the Clerk's Office of this court at the above address.
☐ _____ at _____ AM/PM  to:
_____
_____
_____

☑ Tangible things are to be:

☐ Made available to the REQUESTING PARTY at _____ for
_____ to permit such party or someone acting in his behalf to inspect
and copy, test or sample such tangible things in your possession, custody or control.

☑ Delivered to this court at the above address on _August 5, 2022_ at _12PM_ AM/PM.

**OTHER TERMS:** _____

☑ You are further requested to appear in person with the items requested.

********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS. THANK YOU.********

**REQUESTED BY: X** _____   **DATE:** June 14, 2022

**NOTICE:** Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending.
VA Code § 8.01-417

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Subpoena Duces Tecum

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CL22003249-00

You are commanded to summon: DC MECHANICAL LLC
DC MECHANICAL&MAINTENANCE LLC
21641 BEAUMEADE CIRCLE STE 315
ASHBURN VA 20147

To produce in the clerk's office of the LOUDOUN CIRCUIT COURT - Civil Division, 18 E MARKET ST/PO
BOX 550, those records as set forth in the attached request on or before August 05, 2022 at 12:00PM. Please return
a copy of this Subpoena with your records.

This Subpoena is issued on application of the plaintiff in the case of
PATRICK PETERSEN vs DC MECHANICAL LLC.

Service issued: Wednesday, June 22, 2022
Clerk of Court: GARY M CLEMENS

By: *Sandra Amundson*
(Clerk/Deputy Clerk)

Instructions:

Attorney's name: PRO SE

# REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE   Rule 4:9 A

Civil Case No. _____ CL 22-3249

## Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen _____   v.   DC Mechanical, LLC; DC Mechanical & Maintenance, LLC; Joel Blockowicz; Greg Tucker

**CUSTODIAN: (may attach list)**

DC Mechanical, LLC; DC Mechanical & Maintenance, LLC
NAME

21641 Beaumeade Circle
STREET ADDRESS
Suite 315

Ashburn          VA          20147
CITY      STATE      ZIP CODE

**REQUESTING PARTY:**

Patrick Petersen
NAME

799 Ripplebrook Drive
ADDRESS
Culpeper,VA 22701

571-364-2151
PHONE NUMBER

**TO BE SERVED BY:** Loudoun County Sheriff's Office
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED (list below or provide attachment):**

Outlook File Data for Joel.Blockowicz@dc-mech.com, Patrick.Petersen@dc-mech.com; Rebecca.Martin@dc-mech.com; Kenneth.Johnson@dc-mech.com; invoices@dc-mech.com

Sage Print Outs: Project Reports 2021-22; AR/AP Monthly Reports; Payroll Reports for all Projects 2021-2022

Financial Reports for Bonding Co.; Tax Filings 2021 & 2022; Dues/Benefits Payments to Local 602 & Local 5 Unions for 2021 & 2022

Documents are to be delivered ☐ on ☑ by:
☑ August 5, 2022 _____ at 12PM AM/PM to the Clerk's Office of this court at the above address.
☐ _____ at _____ AM/PM to:
_____
_____
_____

☑ Tangible things are to be:
☐ Made available to the REQUESTING PARTY at _____
_____ to permit such party or someone acting in his behalf to inspect
and copy, test or sample such tangible things in your possession, custody or control.

☑ Delivered to this court at the above address on August 5, 2022 at 12PM AM/PM.

OTHER TERMS: _____
_____

☑ You are further requested to appear in person with the items requested.

*********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS. THANK YOU.*********

REQUESTED BY: X_____          DATE: JUNE 14, 2022

NOTICE: Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending.
VA Code § 8.01-417.

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG  VA  20178-0550
(703) 777-0270

Subpoena Duces Tecum

To the sheriff of: LOUDOUN COUNTY
  or any authorized officer

Case number: 107CL22003249-00

You are commanded to summon: REBECCA MARTIN
21641 BEAUMEADE CIRCLE STE 315
ASHBURN VA 20147

To produce in the clerk's office of the LOUDOUN CIRCUIT COURT - Civil Division, 18 E MARKET ST/PO
BOX 550, those records as set forth in the attached request on or before August 05, 2022 at 12:00PM. Please return
a copy of this Subpoena with your records.

This Subpoena is issued on application of the plaintiff in the case of
PATRICK PETERSEN  vs DC MECHANICAL LLC.

Service issued: Wednesday, June 22, 2022
Clerk of Court: GARY M CLEMENS

By: *Sandra Amundson*
(Clerk/Deputy Clerk)

Instructions:

Attorney's name: PRO SE

# REQUEST FOR SUBPOENA DUCES TECUM (CIVIL CASE), $5.00 FEE  Rule 4:9 A

Civil Case No. _____ *CL 22 - 3249*

## Loudoun County Circuit Court
18 East Market Street, Leesburg VA 20176
Mailing Address: P.O. Box 550, Leesburg VA 20178
Phone: 703-771-5644

Patrick Petersen  **v.**  DC Mechanical, LLC; DC Mechanical & Maintenance. LLC; Joel Blockowicz; Greg Tucker

**CUSTODIAN: (may attach list)**

Rebecca Martin
NAME

21641 Beaumeade Circle
STREET ADDRESS

Suite 315

Ashburn        VA           20147
CITY        STATE        ZIP CODE

**REQUESTING PARTY:**

Patrick Petersen
NAME

799 Ripplebrook Drive
ADDRESS

Culpeper, VA 22701

571-364-2151
PHONE NUMBER

**TO BE SERVED BY:** Loudoun County Sheriff's Office
**(SHERIFF SERVICE IN VIRGINIA IS $12)**

**ITEMS TO BE PRODUCED (list below or provide attachment):**

Cell Phone and Text Records for 571-241-5957 from June 2021 - 2022 Current

Documents are to be delivered ☐ on ☑ by:
☑ August 5, 2022          at ___12PM___ AM/PM to the Clerk's Office of this court at the above address.
☐ _____ at _____ AM/PM to:
_____
_____
_____

☑ Tangible things are to be:

☐ Made available to the REQUESTING PARTY at _____ for
_____ to permit such party or someone acting in his behalf to inspect
and copy, test or sample such tangible things in your possession, custody or control.

☑ Delivered to this court at the above address on _____August 5, 2022_____ at _12PM_ AM/PM.

OTHER TERMS: _____
_____

☑ You are further requested to appear in person with the items requested.

*********YOU MUST SUBMIT 2 COPIES OF THIS REQUEST & ANY ATTACHMENTS.  THANK YOU.*********

**REQUESTED BY: X** _____    **DATE:** June 14, 2022

NOTICE: Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the Clerk of the Court in which the action is pending.
VA Code § 8.01-417.