# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Patrick Petersen | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:22-cv-00784-LMB-JFA |
| | ) |
| DC Mechanical, LLC et al | ) |
| | ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on October 21, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants' DC Mechanical, LLC, DC Mechanical & Maintenance, LLC, Joel Blockowics, Greg Tucker, and against Plaintiff Patrick Petersen.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    S. Howard
    Deputy Clerk

Dated: October 21, 2022
Alexandria, Virginia